IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARLENE MORGAN                                                                                    PLAINTIFF

v.                                              No. 5:06CV00118 GH

THOMAS GATHEN, ET AL.                                                                    DEFENDANTS

**ORDER**

Pending before the Court is plaintiff's October 23rd motion to compel defendants to make the Rule 26 disclosures that they had agreed to do on August 17th and to respond to the first interrogatories and request for production of documents propounded on August 17th within ten days. The motion and exhibits reflect the efforts that plaintiff's counsel has made to obtain the discovery materials. In addition, plaintiff requests an award of reasonable attorney's fees in the amount of $500.00 for time spent in preparing the motion. Defendants have not responded to this motion.

Under these circumstances, plaintiff's October 23rd motion (#9) to compel is hereby granted. Defendants are directed to provide the outstanding discovery to plaintiff within eleven days of the file-date of this order. Furthermore, defendants are granted fourteen days from the file-date of this order in which to respond to the requested award of $500.00 in attorney's fees.

IT IS SO ORDERED this 9th day of November, 2006.

*George Howard Jr*
UNITED STATES DISTRICT JUDGE