IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARLENE MORGAN                                                                                        PLAINTIFF

v.                                        No. 5:06CV00118 GH

THOMAS GATHEN, ET AL.                                                                      DEFENDANTS

### **ORDER**

On January 31st, plaintiff filed a second motion to compel asserting that defendants have not verified their responses to the first and second interrogatories and request for production of documents although the responses were signed by their counsel.  She also requests $1000.00 in attorney's fees.

Defendants responded on February 13th that there are no discovery responses which have not been made in full and they have supplemented their original responses when requested to do so.  They continue that they did not refuse to verify their responses, have verified the first set after the request by plaintiff and the second set will be verified.  Defendants contend that there is only a technical oversight so the request for sanctions is unsupported.

On February 14th, plaintiff filed a reply that she has proven by the exhibits attached to her motion that defendants have refused to verify the responses.  She continues that although defendants allege that they verified the first set of discovery and that the second set "will be verified," they did not attach a copy of the verification as an exhibit to their response and have admitted that the rules have not been followed.  Plaintiff asserts that sanctions are required as defendants have offered no

proof that they have attempted to comply with the rules of discovery after several months and several requests from plaintiff's counsel.

While the Court agrees with defendants that the lack of verification is technical as the information itself sought by the discovery requests was provided, such verification is required and plaintiff still contends that such verification has not been made. Under these circumstances, the Court is persuaded that plaintiff's January 31st second motion (#18) to compel is granted in part as to the verification issue and is denied in part as to sanctions. Defendants are directed to provide plaintiff's counsel with verification of their discovery responses within eleven days from the file-date of this order.

IT IS SO ORDERED this 15th day of February, 2007.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE