# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ARLENE MORGAN**                                                                                                              **PLAINTIFF**

**v.**                                    **5:06CV00118-WRW**

**THOMAS GATHEN,** *et al.*                                                                              **DEFENDANTS**

## **ORDER**

Pending is Plaintiff's Motion For Substitution of Parties (Doc. No. 40). Defendants have not responded, and the time for doing so has passed.

Plaintiff died on January 31, 2007.[1] Plaintiff asks that the Estate of Arlene Morgan be substituted as party plaintiff. Plaintiff's Motion is GRANTED. The Clerk of the Court is directed to substitute the Estate of Arlene Morgan as Plaintiff.

IT IS SO ORDERED this 31st day of July, 2008.

                                                    /s/Wm. R. Wilson, Jr.
                                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 40.